

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:          In re Eunice Kelm

Appellate case number:        01-18-00847-CV

Trial court case number:      2018-008

Trial court:                  County Court at Law of Washington County

On September 26, 2018, relator filed a motion to strike a supplemental record. The Court requests that the real party in interest respond to the motion. It is **ordered** that the response of the real party in interest, if any, shall be due no later than 5:00 p.m. on September 28, 2018.

It is so **ORDERED**.

Judge's signature: /s/ Michael Massengale
               ☒ Acting individually     ☐ Acting for the Court

Date: September 27, 2018